JS 44 CAND (Rev. 12/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Eugene T. Franklin, an individual

**(b)** County of Residence of First Listed Plaintiff ______

*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Lawrence G. Townsend, SBN 88184
Law Offices of Lawrence G. Townsend
455 Market Street, Suite 1910, San Francisco, CA 94015, 415-882-3288

## DEFENDANTS

The Employment Law Group, P.C., a District of Columbia professional corporation

County of Residence of First Listed Defendant ______

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

9

12-521 JSC

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- X 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**

- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Med. Malpractice

PERSONAL INJURY

- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY

- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**

- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**

- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**

- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**

- ☐ 820 Copyrights
- ☐ 830 Patent
- X 840 Trademark

**SOCIAL SECURITY**

- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**OTHER STATUTES**

- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**

- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**

- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:

- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**IMMIGRATION**

- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)
- ☐ 465 Other Immigration Actions

**FEDERAL TAX SUITS**

- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

## V. ORIGIN *(Place an "X" in One Box Only)*

X 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district *(specify)* ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***:

Brief description of cause:
Cancellation of Federal trademark registration

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** X Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*:

JUDGE ______ DOCKET NUMBER ______

## IX. DIVISIONAL ASSIGNMENT (Civil L.R. 3-2)

**DATE** 2/1/12 **SIGNATURE OF ATTORNEY OF RECORD**

LAWRENCE G. TOWNSEND (SBN 88184)
LAW OFFICES OF LAWRENCE G. TOWNSEND
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: (415) 882-3288
Facsimile: (415) 882-3299
E-Mail: ltownsend@owe.com

Attorneys for Plaintiff EUGENE T. FRANKLIN

FILED
2012 FEB -1 P 3 06
RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA JSC

| | |
|---|---|
| EUGENE T. FRANKLIN, an individual,<br>Plaintiff,<br>vs.<br>THE EMPLOYMENT LAW GROUP, P.C., a District of Columbia professional corporation,<br>Defendants. | Case No. CV 12 0521<br>**COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK AND CANCELLATION OF TRADEMARK REGISTRATION**<br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Eugene T. Franklin ("Plaintiff"), as and for his complaint against Defendant, The Employment Law Group, P.C. ("Defendant"), states as follows:

**JURISDICTION AND VENUE**

1. This is an action for a declaratory relief judgment that Plaintiff has not infringed any valid trademark owned by Defendant, including registered trademark nos. 3,436,135 and 3,427,807.

2. This action arises under the trademark laws of the United States, 15 U.S.C. §§ 1051 *et seq.*, and the declaratory judgment statute, 28 U.S.C. §§ 2201 *et seq.*, and is based upon an immediate and actual justiciable controversy between the parties with respect to Defendant's allegations that Plaintiff has infringed one or more of the Trademarks.

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1338(a), 2201 and 2202.

Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391.

4. Plaintiff is in the business of providing legal services in this judicial district and elsewhere.

## INTRADISTRICT ASSIGNMENT

5. Intradistrict assignment is appropriate under Civil Local Rule 3-2(c) because this is an Intellectual Property Action.

## FIRST CAUSE OF ACTION
## Declaration of Non-Infringement of Trademark

6. Plaintiff Eugene T. Franklin ("Plaintiff") is an attorney licensed in the State of California with a law practice based in Hayward, California, in this judicial district, under the name "Franklin Employment Law Group" ("Plaintiff's Name"). Plaintiff has been using Plaintiff's Name since approximately 2005.

7. Upon information and belief, Defendant is a District of Columbia professional corporation with a principal place of business at 1850 M Street, N.W., Washington, D.C., with offices in San Francisco, California. Defendant claims to be the owner of the purported trademark THE EMPLOYMENT LAW GROUP ("Defendant's Mark").

8. In a letter from Defendant's counsel to Plaintiff dated January 20, 2012, Defendant's counsel states that Defendant is the owner of trademark registration nos. 3,436,135 and 3,428,807 covering Defendant's Mark, that Plaintiff is using Defendant's Mark, and that Plaintiff must cease all such use.

9. Plaintiff denies that he is using Defendant's Mark, he denies that he is committing any acts of trademark infringement, and denies that registration nos. 3,436,135 and/or 3,428,807 are valid.

10. As a result of Defendant's allegations, Plaintiff is apprehensive that Defendant will file suit against Plaintiff for alleged infringement of Defendant's Mark.

11. Accordingly, there is an immediate and actual justifiable controversy between the parties with respect to Defendant's allegations that Plaintiff has infringed Defendant's Mark.

Plaintiff is entitled to judgment declaring that Plaintiff's use of Plaintiff's Name does not constitute trademark infringement or false designation of origin under the Lanham Act, 15 U.S.C. § 1051, *et seq.* and does not violate California law.

**SECOND CAUSE OF ACTION**
**(Cancellation of U.S. Trademark Registration No. 3,436,135 for Genericness 28 U.S.C. § 2201; 15 U.S.C. § 1064, 1115(b)(8), 1119, 1127)**

12. Plaintiff incorporates by reference paragraphs 1- 11 above as if set forth herein.

13. On information and belief, Defendant registered THE EMPLOYMENT LAW GROUP with the United States Patent & Trademark Office U.S. Registration No. 3,436,125, on May 27, 2008 for "legal services." Defendant's area of practice is employment or employment law.

14. "Employment" or "Employment Law" are generic terms in the legal industry for the practice of employment law or providing legal services in connection with employment. Furthermore, the terms "group" or "law group" have no trademark significance in the same manner that the term "company" or the top level domain ("TLD") designation <.com> when used as part of a purported trademark. Furthermore, a search of the web and elsewhere shows that "employment law group" is used by numerous law firms to identify the genus of their practice area or of one of their practice areas.

15. U.S. Trademark Registration No. 3,436,135 for the mark THE EMPLOYMENT LAW GROUP is subject to cancellation because the mark is a generic designation. 15. U.S.C. §§ 1064(3), 1119.

16. Plaintiff is entitled to declaratory judgment that the mark THE EMPLOYMENT LAW GROUP is a generic designation and that U.S. Trademark Registration No. 3,436,135 be cancelled from the Principal Register.

WHEREFORE, Plaintiff prays that this Court:

(a) Declare that Plaintiff's use of Plaintiff's Name is non-infringing of the Trademarks;

(b) Cancel U.S. Registration No. 3,436,135;

(c) Enter an Order declaring that Plaintiff's use of Plaintiff Name and/or the term "employment law group" does not constitute trademark infringement or false designation of origin;

(d) Award Plaintiff his costs and attorney's fees; and

(e) Grant such other relief as the Court deems just and appropriate.

Respectfully submitted,

Dated: February 1, 2012

LAW OFFICES OF LAWRENCE G. TOWNSEND

By: [signature]
Lawrence G. Townsend
Attorneys For Plaintiff
EUGENE T. FRANKLIN

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury.

Dated: February 1, 2012

LAW OFFICES OF LAWRENCE G. TOWNSEND

By: [signature]
Lawrence G. Townsend
Attorneys For Plaintiff
EUGENE T. FRANKLIN